No. 09-10257. Arthur Lyle, Petitioner v. Nebraska.

560 U.S. 945, 130 S. Ct. 3369, 176 L. Ed. 2d 1257, 2010 U.S. LEXIS 4513.

June 1, 2010. Petition for writ of certiorari to the Supreme Court of Nebraska denied.

No. 09-10279. William A. Armstrong, Petitioner v. Mike Kemna, Superintendent, Crossroads Correctional Center.

560 U.S. 945, 130 S. Ct. 3369, 176 L. Ed. 2d 1257, 2010 U.S. LEXIS 4409.

June 1, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Eighth Circuit denied.

Same case below, 590 F.3d 592.

No. 09-10291. Dana Lydell Smith, Petitioner v. United States, et al.

560 U.S. 945, 130 S. Ct. 3369, 176 L. Ed. 2d 1257, 2010 U.S. LEXIS 4394.

June 1, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Tenth Circuit denied.

No. 09-10302. Reuben Nieves, Petitioner v. World Savings Bank, FSB, et al.

560 U.S. 945, 130 S. Ct. 3369, 176 L. Ed. 2d 1257, 2010 U.S. LEXIS 4386.

June 1, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 357 Fed. Appx. 843.

No. 09-10306. Thomas White, Petitioner v. Carol R. Howes, Warden.

560 U.S. 945, 130 S. Ct. 3370, 176 L. Ed. 2d 1257, 2010 U.S. LEXIS 4457.

June 1, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Sixth Circuit denied.

Same case below, 586 F.3d 1025.

No. 09-10315. Maurice Bryant, Petitioner v. Illinois.

560 U.S. 945, 130 S. Ct. 3370, 176 L. Ed. 2d 1257, 2010 U.S. LEXIS 4396.

June 1, 2010. Petition for writ of certiorari to the Appellate Court of Illinois, First District, denied.

Same case below, 393 Ill. App. 3d 1100, 368 Ill. Dec. 916, 985 N.E.2d 723.

No. 09-10350. Wayne Chapman, Petitioner v. Massachusetts.

560 U.S. 946, 130 S. Ct. 3370, 176 L. Ed. 2d 1257, 2010 U.S. LEXIS 4560.

June 1, 2010. Petition for writ of certiorari to the Appeals Court of Massachusetts denied.

Same case below, 75 Mass. App. 1113, 916 N.E.2d 774.

No. 09-10407. Lyle Nance, Petitioner v. Donald Mee, Administrator, East Jersey State Prison, et al.

560 U.S. 946, 130 S. Ct. 3380, 176 L. Ed. 2d 1257, 2010 U.S. LEXIS 4489.

June 1, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Third Circuit denied.